MISC 18-2492

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 10 2018 ★

BROOKLYN OFFICE

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. 3:17cv31 |
| DOMINION ENERGY MANAGEMENT, INC., et al | ) |
| *Defendant* | ) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __04/24/2018__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: September 7, 2018

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

**MISC 18 - 2492**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, Plaintiff, | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 3:17cv311 (DJN) |
| DOMINION ENERGY MANAGEMENT, INC., et al., Defendants. | )<br>)<br>)<br>) |

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY [signature]
DEPUTY CLERK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 18 2018 ★
BROOKLYN OFFICE

## FINAL JUDGMENT ORDER

This matter comes before the Court upon the parties' Amended Joint Proposed Final Judgment Order (ECF No. 40). On April 12, 2018, the Court entered an Order (ECF No. 38) and accompanying Memorandum Opinion (ECF No. 37), granting summary judgment for Plaintiff PNC Bank, National Association ("PNC") against Defendants, Dominion Energy Management, Inc., Gerald Mwangi and Youri Brun (collectively, "Defendants").

Pursuant to the Court's Order (ECF No. 38), the parties submitted a joint proposed final judgment order specifying an agreed upon final judgment in the total amount of $1,278,288.44, plus post-judgment interest accruing at a rate of 3.99% per annum from the date that judgment is entered until paid, plus an award of attorney's fees in the amount of $19,154.00, and court costs in the amount of $120, which is consistent with the Court's Order and accompanying Memorandum Opinion.

It is hereby ORDERED, ADJUDGED AND DECREED that Judgment be, and the same hereby is, ENTERED in favor of PNC and against Defendants, jointly and severally, in the total amount of $1,278,288.44, plus post-judgment interest accruing at a rate of 3.99% per annum

from the date that judgment is entered until paid, plus attorney's fees in the amount of $19,154.00, and court costs associated with this action in the amount of $120. The total judgment amount represents judgment on the Amended Complaint on Count I in the amount of $633,542.26, on Count II in the amount of $201,893.98, on Count III in the amount of $299,682.86, and on Count IV in the amount of $143,169.34.

This case is CLOSED.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

                                                   /s/
                                          David J. Novak
                                          United States Magistrate Judge

Richmond, Virginia
Date: April 24, 2018

# UNITED STATES DISTRICT COURT

| EASTERN | District of | VIRGINIA - Richmond Division |

## EXEMPLIFICATION CERTIFICATE

I, FERNANDO GALINDO, , Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:
Final Judgment Order

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 1 3 2018 ★

BROOKLYN OFFICE

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District,

| Richmond, Virginia | on | June 8, 2018 |
| City | | Date |

FERNANDO GALINDO,
Clerk

(By) Deputy Clerk

I, David J. Novak , a Judicial Officer of this Court certify that FERNANDO GALINDO, , named above, is and was on the date Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, the attestation of the record, are in accordance with the laws of the United States.

/S/
David J. Novak
United States Magistrate Judge

June 8, 2018
Date

Signature of Judicial Officer

United States Magistrate Judge
Title

I, FERNANDO GALINDO, , Clerk of this United States District Court, keeper of the seal, certify that the Honorable David J. Novak ,
Judicial Officer

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified,
and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.
In testimony whereof I sign my name, and affix the seal of this Court at

| Richmond, Virginia | in this State, on | 6/8/18 |
| City | | Date |

FERNANDO GALINDO,
Clerk

(By) Deputy Clerk

# MISC 18-2492

## MISCELLANEOUS CASE COVER SHEET

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 18 2018
BROOKLYN OFFICE

| PLAINTIFFS | DEFENDANTS |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION | DOMINION ENERGY MANAGEMENT, INC., GERALD MWANGI and YOURI BRUN |
| **Attorney's** (Firm Name, Address, and Telephone Number)<br>Foster & Wolkind, P.C.<br>80 Fifth Avenue, Suite 1401<br>New York, NY 10011<br>(212) 691-2313 | **Attorneys** (If Known)<br>NOVA IP LAW, PLLC<br>7420 Heritage Village Plaza, Suite 101<br>Gainsville, Virginia 20155<br>(571) 386-2980 |

**DESCRIPTION OF CASE**

Registration of judgment obtained in the US District Court, Eastern District of Virginia

**Has this or a similar case been previously filed in SDNY?**

No? ☑  Yes? ☐  Judge Previously Assigned _____

If yes, was this case: Vol. ☐  Invol. ☐  Dismissed. No ☐  Yes ☐

If yes, give date _____ & Case No. _____

### NATURE OF CASE

- ☐ CM 08-85 Motion to Compel
- ☐ CM 08-85 Motion to Quash
- ☐ CM 08-86 Internet Infringement
- ☐ CM 08-88 Surety Companies
- ☐ CM 08-425 Sureties Proceedings
- ☐ CM 09-282 Attorney Change of Name
- ☐ CM 11-03 SEC Litigation to Freeze Account
- ☐ CM 11-188 Subpoenas - Habeas Corpus
- ☐ CM 11-189 Subpoenas - Habeas Corpus
- ☐ CM 16-88 Sale of Unclaimed Seamen's Effects
- ☐ CM 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- ☑ CM 18-302 Registration of a Judgment from Another District
- ☐ CM 18-304 Administrative Subpoena Proceedings
- ☐ CM 18-305 Registration of Student Loan Judgment
- ☐ CM 18-981 Nonjudicial Civil Forfeiture Proceeding
- ☐ CM 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- ☐ CM 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- ☐ CM 19-63 Receivers - Property in Other Districts
- ☐ CM 19-78 Denial to Sue In Forma Pauperis
- ☐ CM 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- ☐ CM 22-2 Designation of individual to issue certified copies in bankruptcy part
- ☐ CM 23 Petition to Perpetuate Testimony
- ☐ CM 25-1 Order for Entry to Effect Levy - IRS Matter
- ☐ CM 25-2 Permission to have access to safe deposit boxes ☐
- ☐ CM 26-1 Proceeding to Enforce Order of Administrator - National Credit Union
- ☐ CM 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- ☐ CM 28 Warrant for Entry & Inspection of Premises
- ☐ CM 29 Privacy Act Application
- ☐ CM 30 Privacy Act Application
- ☐ CM 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- ☐ CM 32 Petition for Writ to Produce Federal Prisoner in State Court
- ☐ CM 33 Inspection Warrant - Department of Energy
- ☐ CM 34 Order of Another District Court that the State Court Produce
- ☐ CM 35 Order to Stay Transfer of Federal Prisoner
- ☐ CM 36 National Labor Relations Board
- ☐ CM 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- ☐ CM 38 Application for Reassignment of Bankruptcy Proceeding
- ☐ CM 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- ☐ CM 41 Order of Return of 28:2254/2255 Petition
- ☐ CM 42 Order Denying Stay of Deportation
- ☐ CM 43 Contempt of Court in Bankruptcy
- ☐ CM 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- ☐ CM 46 Order From Another District for Public Viewing
- ☐ CM 47 Bankruptcy Cases - Before Appeal Filed
- ☐ CM 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- ☐ CM 48 Application for Appointment of Counsel - No Case In This Court
- ☐ CM 49 Order Denying Commencement of Civil Action

Rev. 06/2017

## NATURE OF CASE CONTINUED

- ☐ M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- ☐ M 52 Application for Leave to File a Complaint
- ☐ M 53 Order Barring Individual from Entering Courthouse Building
- ☐ M 54 Immigration Naturalization - Order Delaying Deportation
- ☐ M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- ☐ M 58 Application for Extension of Time to File Petition for Removal
- ☐ M 59 Application to Produce Federal Prisoner in State Court
- ☐ M 67 Notice of Eviction to Squatters (USA Cases)
- ☐ M 71 Application re: Federal Rules Cr. 11(e)(2)
- ☐ M 72 Order of Attachment of Another District – EDNY
- ☐ M 73 Subpoena to Government Agency
- ☐ M 75 Application for Writ of Garnishment
- ☐ M 76 Central Violations Bureau
- ☐ M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- ☐ M 90 Order of Attachment
- ☐ M 93 Letters Rogatory _____
- ☐ M 94 Other _____